April 19, 23

Case No. 2:23-cv-00006-KAC-CRW

To whom it may Concern:

I, Christina Lynn Ceithamer, would like to dismiss my civil case against Centerra, LLC. I have a pending investigation through the Dept. of labor. Thank you. They were never served yet.

very Respectfully